UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  2:25-CV-11630-FLA (DSR)                                           Date: December 9, 2025

Title     CITY OF DIAMOND BAR v. JOHN ZHONG, et al.

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**  (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED TO STATE COURT**

On November 10, 2025, Defendants John Zhong and Catherine Li removed the above-captioned matter to this Court from state court pursuant to 28 U.S.C. §§ 1441 and 1446.  The case is referred to the above-noted Magistrate Judge to consider preliminary matters and conduct all further hearings as may be appropriate or necessary.  See Doc. No. 4.

Upon preliminary review of the underlying Complaint (attached as Exhibit "A" to the Notice of Removal, Doc. No. 1, ECF pp. 19-29), it appears that the removed action asserts claims against Defendants arising only under California state law – specifically various provisions of the California Civil Code, California Code of Civil Procedure, and the Diamond Bar Municipal Code.  As such, it does not appear that this Court has subject-matter jurisdiction over this removed matter.

Defendants are therefore ORDERED TO SHOW CAUSE, in writing, no later than **December 30, 2025**, why this case should not be remanded to the state court from which it was removed for lack of federal subject-matter jurisdiction.  Plaintiffs may also submit their position as to whether the case should be remanded by the same deadline.  <u>Failure to respond to this Order in a timely manner will result in the remand of this case to the state court</u>.

|  | : |
|---|---|
| **Initials of Preparer** | LK |