JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF DIAMOND BAR,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOHN ZHONG, *et al.*,<br><br>                    Defendants. | Case No. 2:25-cv-11630-FLA (DSR)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND REMANDING ACTION TO LOS ANGELES SUPERIOR COURT [DKT. 19]** |

Pursuant to 28 U.S.C. § 636, the court has reviewed the Notice of Removal, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been received.  Accordingly, the court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

It is hereby ORDERED that:

(1)  the Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED;

(2)  the court hereby REMANDS this action to the Los Angeles County Superior Court for further proceedings;

(3)  Plaintiff's request for attorney's fees pursuant to 28 U.S.C. § 1447(c) is DENIED; and

(4)  all pretrial and trial dates and deadlines are VACATED, and the clerk of the court shall close the action administratively.

IT IS SO ORDERED.

Dated: February 17, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2